UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

J&J SPORTS PRODUCTIONS, INC.                                    PLAINTIFF

v.                                      CIVIL ACTION NO. 3:15-CV-721-JHM

DAMON E. BURGESS, et al.                                        DEFENDANTS

## ORDER

The Magistrate Judge, having entered a report and recommendation that a Judgment in the amount of $7,550 be entered in favor of the Plaintiff, and the Defendants having failed to file objections thereto, IT IS HEREBY ORDERED that:

The recommendation of the Magistrate Judge is adopted in full. A separate Judgment in the amount of $7,550 shall be entered by the District Court against the Defendants jointly and severally.

Joseph H. McKinley, Jr., Chief Judge
United States District Court

May 4, 2017

Cc:   Defendants and Counsel of Record